# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 4, 2011

141882 & (119)(121)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant/
       Cross-Appellee,

v

ADRIAN MAHDEE AKRAM,
       Defendant-Appellee/
       Cross-Appellant.

SC: 141882
COA: 283161
Wayne CC: 07-012443-FC

_____/

On order of the Court, the motion for miscellaneous relief is GRANTED. The application for leave to appeal the August 31, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

HATHAWAY, J., I recuse myself from this matter pursuant to MCR 2.003(C)(1)(a). I have previously expressed statements on the record as a Circuit Court Judge that could demonstrate personal bias against defense trial counsel.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 4, 2011

_____

p0201

Clerk